UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MALACHI CHAPMAN, ON BEHALF OF
HIMSELF AND ALL SIMILARLY SITUATED,

                    Plaintiff,                JUDGMENT

    v.                                                    21-CV-3906(KAM)

UNITED STATES DEPARTMENT OF JUSTICE,

                    Defendant.
----------------------------------------------------------------X

       A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 3, 2021, dismissing the complaint without prejudice, *See* Fed. R. Civ. P. 12(h)(3); certifying pursuant to 28 U.S.C. § 1915 (a)(3) that any *in forma pauperis* appeal from this order would not be taken in good faith, *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

       ORDERED and ADJUDGED that the complaint is dismissed without prejudice, *See* Fed. R. Civ. P. 12(h)(3); and that pursuant to 28 U.S.C. § 1915 (a)(3), any *in forma pauperis* appeal from this order would not be taken in good faith. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated:  Brooklyn, New York                                Douglas C. Palmer
         September 7, 2021                                Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk